IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 18-130-1 |
| STAMATIOS KOUSISIS | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

**AND NOW**, this 30th day of August, 2018, came the attorney for the Government and the defendant being present with counsel, and the jury having returned its verdict (ECF 101), finding the defendant not guilty as to Count 5 and Count 6.

**IT IS ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Federal Rule of Criminal Procedure 32(k)(1).

BY THE COURT:

/s/ Wendy Beetlestone

_____
**WENDY BEETLESTONE, J.**